IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAUNTEZ HAIRSTON, )
)
      Plaintiff, )
)
vs. ) CIVIL NO. 07-704-DRH
)
NICOLE WALKER, *et al.*, )
)
      Defendants. )

## JUDGMENT

    This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed. Dismissal is without prejudice with respect to Counts 1, 2, 4 and 5 of this action. Dismissal is with prejudice with respect to Counts 3 and 6 of this action. Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing from this action.

Date: December 3, 2007                                                  By: /s/    DavidRHerndon
                                                                                        Chief Judge
                                                                                        United States District Court